# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ANTHONY L. WILLETTE**                                                           **PLAINTIFF**

**v.**                             **4:08CV00602-WRW-BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                        **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. No objections have been filed. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, the decision of the Commissioner is affirmed and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 19th day of June, 2009.


                                               /s/Wm. R. Wilson, Jr.
                                               UNITED STATES DISTRICT JUDGE