IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTHONY L. WILLETTE**                                                      **PLAINTIFF**

**v.**                                **4:08CV00602-WRW-BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                    **DEFENDANT**

## JUDGMENT

Based on the Order entered this date, the decision of the Commissioner is affirmed and

Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 19th day of June, 2009.


                                                              /s/Wm. R. Wilson, Jr.
                                             UNITED STATES DISTRICT JUDGE